Case 4:19-cr-00668-JM   Document 34   Filed 05/14/24   Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 14, 2024
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

United States of America
v.
WILLIAM PERRY MITCHELL

Case No: 4:19-cr-00668-01-JM
USM No: 33104-009

Date of Original Judgment: 01/06/2021
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Tamera Deaver
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR AMENDMENT 821 SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __96__ months **is reduced to** __87__.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __01/06/2021__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/14/2024

*Judge's signature*

Effective Date:
*(if different from order date)*

U.S. District Judge James M. Moody, Jr.
*Printed name and title*